**In re: Frances E. HAYLOCK, Debtor.**

**John D. Burns, Appellant,**

**v.**

**George Basilikas Trust, Appellee.**

**No. 2009–1341.**

United States Court of Appeals, Federal Circuit.

July 6, 2009.

Jeffrey Sherman, Semmes, Bowen & Semmes, Washington, DC, for Appellee.

John D. Burns, The Burns Law Firm, LLC, Greenbelt, MD, pro se.

### *ORDER*

Pursuant to this court's order filed June 16, 2009,

IT IS ORDERED THAT:

The appeal is hereby transferred to the U.S. Court of Appeals for the District of Columbia Circuit.